# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JORGE SOLER and KAIRO GONZALEZ,<br><br>   Plaintiffs,<br><br>v.<br><br>LOANDEPOT.COM, LLC,<br><br>   Defendant. | CIVIL ACTION FILE NO:<br>1:22-cv-03525-TWT |

## PLAINTIFFS' VOLUNTARY DISMISSAL

Plaintiffs JORGE SOLER and IRO GONZALEZ file this voluntary dismissal WITHOUT prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted: November 11, 2022.

**POOLE HUFFMAN, LLC.**
3562 Habersham at Northlake
Building J, Suite 200
Tucker, Georgia   30084
T: (404) 373-4008 | F: (888) 709-5723

*/s/ William S. Cleveland*
William S. Cleveland
Georgia Bar No. 721593
billy@poolehuffman.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies the foregoing has been electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record in this action.

Respectfully submitted: November 11, 2022.

|  |  |
|---|---|
| **POOLE HUFFMAN, LLC.** | */s/ William S. Cleveland* |
| 3562 Habersham at Northlake | William S. Cleveland |
| Building J, Suite 200 | Georgia Bar No. 721593 |
| Tucker, Georgia   30084 | billy@poolehuffman.com |
| T: (404) 373-4008 | F: (888) 709-5723 |  |